RECEIVED OCT 22 2010 BY: SR

OMB No. 1840-0667
Form Approved
Exp. Date 12/31/99

# Direct Loans
## William D. Ford Federal Direct Loan Program
## U.S. Department of Education

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**Federal Direct Stafford/Ford Loan**
**Federal Direct Unsubsidized Stafford/Ford Loan**
**Promissory Note and Disclosure**

### Section A: To Be Completed By The Borrower

1. Name (last, first, middle initial) and Address (street, city, state, zip code)
   ROBINSON, DARRYL E
   6 WEST FIRST AVE
   MANTUA, NJ 08051

2. Social Security Number: ____5656
3. Date of Birth: __/__/1974
4. Area Code/Telephone Number: (___) ___-____
5. Driver's License Number (List state abbreviation first.): NJ -NONE

6. References: You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | Jacqueline Robinson | Bruce Bailey |
| Permanent Address | 6 West First Avenue | 27 Pitman Lane |
| City, State, Zip Code | Mantua, New Jersey | Sicklerville, New Jersey |
| Area Code/Telephone Number | (609) 468-4434 | (609) 629-1950 |

### Section B: To Be Completed By The School

7. School Name: Pennco Tech
8. Loan Period Approved: From 07/08/1997 To 02/06/1998
9. School Address (street, city, state, zip code): P.O. Box 1427 Blackwood, NJ 08012
10. School Code/Branch: G21316

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary. The interest rate for this note is variable.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | 1st | 08/08/1997 | 1313 | 4.00% | 52 | 1261 | VARIABLE |
| | 2nd | 10/22/1997 | 1312 | 4.00% | 52 | 1260 | |
| | Total | | 2625 | | 104 | 2521 | |
| Direct Unsubsidized Loan | | | | | | | |
| | Total | | | | | | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a Statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissory Note will serve as my authorization for my loan proceeds to be credited to my student account by the school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Promissory Note is true and accurate. The proceeds of this loan will be used for authorized educational expenses at the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including National Defense Student Loans) or the Federal Family Education Loan Program, or Direct Loan Program, or if I am in default, I have made repayment arrangements that are satisfactory to the Secretary of the Department of Education.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

11. Identification Number(s): ____5656-S-98 -G21316-1-01 02

12. Signature of Borrower: Darryl Robinson    Date: 10/8/97

10/ 8/97  08:36:02
BORROWER COPY

RECEIVED OCT 13 1997

**RECEIVED** OCT 2 2 2010 BY: SR

OMB No. 1840-0667
Form Approved
Exp. Date 12/31/99

# Direct Loans
## William D. Ford Federal Direct Loan Program
### U.S. Department of Education

**Federal Direct Stafford/Ford Loan**
**Federal Direct Unsubsidized Stafford/Ford Loan**
**Promissory Note and Disclosure**

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### Section A: To Be Completed By The Borrower

**1. Name (last, first, middle initial) and Address (street, city, state, zip code)**
ROBINSON, DARRYL E
6 WEST FIRST AVE
MANTUA, NJ 08051

**2. Social Security Number**
XXX-XX-5656

**3. Date of Birth**
12/XX/1974

**4. Area Code/Telephone Number**
(redacted)

**5. Driver's License Number (List state abbreviation first.)**
NJ -NONE

**6. References:** You must list two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.

| | 1. | 2. |
|---|---|---|
| Name | Jacquline Robinson | Bruce Bailey |
| Permanent Address | 6 West First Avenue | 27 Pitman Lake, Sicklerville, N.J. |
| City, State, Zip Code | Mantua, New Jersey 08051 | |
| Area Code/Telephone Number | (609) 468-4434 | (609) 629-1950 |

### Section B: To Be Completed By The School

**7. School Name:** Pennco Tech

**8. Loan Period Approved:** From 07/08/1997 To 02/06/1998

**9. School Address (street, city, state, zip code):** P.O. Box 1427 Blackwood, NJ 08012

**10. School Code/Branch:** G21316

The chart below shows anticipated disbursement amounts and dates. Actual amounts and dates may vary. The interest rate for this note is variable.

| | | Anticipated Disbursement Dates | Loan Amount Approved | Loan Fee Rate | Loan Fee Amount | Net Disbursement Amount | |
|---|---|---|---|---|---|---|---|
| Direct Subsidized Loan | | | | | | | |
| | Total | | | | | | |
| Direct Unsubsidized Loan | 1st | 11/21/1997 | 2000 | 4.00% | 80 | 1920 | VARIABLE |
| | 2nd | 11/21/1997 | 2000 | 4.00% | 80 | 1920 | |
| | Total | | 4000 | | 160 | 3840 | |

I promise to pay the U.S. Department of Education all sums (hereafter "loan" or "loans") disbursed under this Promissory Note plus interest and other fees which may become due, as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that I may cancel or reduce the size of my loan by refusing any disbursement that is issued to me. I certify that the total amount of loan that I receive under this Promissory Note will not exceed the allowable annual maximum or cumulative maximum under the Higher Education Act of 1965, as amended.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, even if I am advised not to read this Promissory Note. I am entitled to an exact copy of this Promissory Note and a Statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand and agree to the terms and conditions of this Promissory Note. My signature on this Promissory Note will serve as my authorization for my loan proceeds to be credited to my student account by the school identified in Section B.

Under penalty of perjury, I certify that the information contained in the Borrower Section of this Promissory Note is true and accurate. The proceeds of this loan will be used for authorized educational expenses at the certifying school for the specified loan period. I certify that I do not owe a refund on a Federal Pell Grant, Basic Educational Opportunity Grant, Supplemental Educational Opportunity Grant or a State Student Incentive Grant and that I am not now in default on any loan received under the Federal Perkins Loan Program (including National Defense Student Loans) or the Federal Family Education Loan Program, or Direct Loan Program, or if I am in default, I have made repayment arrangements that are satisfactory to the Secretary of the Department of Education.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

**11. Identification Number(s):** XXX-XX-5656-U-98 -G21316-1-01 01

**12. Signature of Borrower:** Darryl Robinson   **Date:** 12/16/97

**RECEIVED DEC 1 9 1997**

12/16/97   10:56:50
BORROWER COPY